JOSEPH H. MANNY, JR., et al., Respondents, v. SALVATOR CASALE, Appellant.—

Present—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.